```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

LANCY WHITE, JR.,                    *
# 13911-003,                         *
                                     *
    Petitioner,                      *
                                     * CIVIL ACTION NO. 23-00176-WS-B
vs.                                  *
                                     *
UNITED STATES OF AMERICA,            *
                                     *
    Respondent.                      *

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated October 13, 2023 (Doc. 6) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner Lancy White Jr.'s habeas corpus petition under 28 U.S.C. § 2254 (Doc. 1) be **DISMISSED without prejudice** for lack of jurisdiction.

**DONE** this  19th  day of **December, 2023.**

                                       *William H. Steele*
                              **UNITED STATES DISTRICT JUDGE**